**Kemah HENDERSON, individually and on behalf of all others similarly situated; et al., Plaintiffs–Appellants,**

v.

**J.P. MORGAN CHASE BANK, N.A., Defendant–Appellee.**

No. 13–56095

United States Court of Appeals, Ninth Circuit.

Argued December 2, 2013

Submitted June 8, 2016 San Francisco, California

FILED June 08, 2016

James F. Clapp, Esquire, Dostart Clapp & Coveney, LLP, San Diego, CA, Kevin J. McInerney, Esquire, Attorney, McInerney & Jones, Reno, NV, Raul Perez, Capstone Law APC, Los Angeles, CA, Matthew Righetti, Attorney, Righetti Glugoski, P.C., Michael Rubin, Altshuler Berzon LLP, San Francisco, CA, for Plaintiffs–Appellants.

Carrie A. Gonell, Attorney, Morgan, Lewis & Bockius LLP, Costa Mesa, CA, for Defendant–Appellee.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM *

We reverse and remand to the district court to reconsider in light of the California Supreme Court's opinion in *Kilby v. CVS Pharmacy, Inc.*, 63 Cal.4th 1, 201 Cal.Rptr.3d 1, 368 P.3d 554 (2016).

Defendant–Appellee's Motion to File Under Seal Portions of its Supplemental Excerpts of Record is granted.

**REVERSED and REMANDED.**